STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN RUBINO (CABN 255677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7234
    FAX: (415) 436-7291
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRIOUS YORK, <br><br> Defendant. | CASE NO. 20-CR-00479 EMC <br><br> DECLARATION OF KEVIN RUBINO IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM |

# DECLARATION OF KEVIN RUBINO

I, Kevin Rubino, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and I represent the United States in this matter. I have knowledge of the facts stated in this declaration and, if called to testify, I could and would testify competently to these matters.

2.  I received from the Office of the Sheriff of the City and County of San Francisco jail calls made using Darrious York's PIN number while he was in their custody from July 21, 2020 through September 23, 2020. A true and correct copy of a letter from the custodian of records at the Sherriff's Department transmitting those jail calls is attached to this declaration as Exhibit A. All these jail calls were produced to the defendant on January 29, 2021.

3.  Submitted for the Court's consideration at sentencing are recordings of two of those jail calls placed by Mr. York on July 26 and 27, 2020. During those calls, Mr. York can be heard speaking to a woman who he refers to by a name that sounds like "Mare." True and correct copies of those recordings, which have been marked as Exhibit B (file name: "1595818985_136_12_188_119.wav") and Exhibit C (file name: "1595819786_136_12_185_41.wav"), have been lodged with the Court on a CD. I have attempted to provide my best understanding of what is said by the participants in the calls for ease of review, not as a substitute for listening to the actual recordings, which should of course control.

4.  On the first call, which is marked as Exhibit B, in a conversation beginning at approximately 9:20, Mr. York discusses what he believes will be his imminent release from prison on an ankle monitor. At approximately minute 10, Mr. York and this woman discuss the fact that Mr. York may have impregnated another woman. This woman asks Mr. York at 11:30: "If I was to be pregnant by someone else, would you accept. . ." Mr. York interrupts her to respond: "I would kill you bitch! I would kill you bitch!"

5.  In a subsequent call, which is marked as Exhibit C, Mr. York and this woman continue fighting about what will happen when he is released. Beginning at approximately 1:20, they have the following exchange, in which Mr. York threatens to "smoke" this woman if she is in his house when he gets home.

RUBINO DECLARATION IN SUPPORT OF SENTENCING MEMO
Case No. 20-CR-00479 EMC                                              v. 7/10/2018

1  YORK: "Okay Mare, well get your faggot ass out of my house, bitch. That's what you do then."
2  WOMAN: "That is no problem. You stay away for a month. I was waiting."
3  YORK: "Okay well then don't wait. Don't wait. You faggot ass bitch. Keep [unintelligible] just
4  before I come home and spank your bitch ass. That's what you do bitch."
5  WOMAN: "You're going to do what to me?"
6  YORK: "Before I come home and smoke your bitch ass. That's what I do bitch. Get up out
7  here."
8  MARE: "Smoke me for what?"
9  YORK: "Yeah bitch. Get out. Get out bitch. Get out you faggot ass bitch."
10 MARE: "Why are you so angry with me and you're the one…"
11 YORK: "I'm angry with you because you made me do it. You made me do it. You faggot ass
12 bitch."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2021 in San Francisco, California.

　　　　　　　　　　　　　　　　　_/s/ Kevin Rubino_
　　　　　　　　　　　　　　　　　KEVIN RUBINO