# EXHIBIT A



# OFFICE OF THE SHERIFF
# CITY AND COUNTY OF SAN FRANCISCO

1 DR. CARLTON B. GOODLETT PLACE
ROOM 456, CITY HALL
SAN FRANCISCO, CALIFORNIA 94102



**PAUL MIYAMOTO**
**SHERIFF**

Date: December 2, 2020                    SFSD/ CIU Case #: P2020-0519
To:    Sgt. Alcaraz #590 SFPD

From: Sgt. Wilson #1414

| **Re:** | York, Darrious | **PIN:** | 20667168 | **SF:** | 540253 |
|---|---|---|---|---|---|

I am a custodian of records for the San Francisco Sheriff's Department as it pertains to the Global Tel Link phone system and Housing Reports for the in custody population of our jails. Please accept the following CD(s), PIN All Call Log, and PIN Completed Call Log of outgoing jail telephone calls you requested, querying the PIN (Booking #) you provided. Please accept the Inmate Housing History Report that pertains **Darrious York**. These records were prepared during the normal course of business and recovered directly from the GTL inmate phone system and Jail Management System. If you have any questions, please contact me at (415) 734-3111. For any future request, please include the SFSD/ CIU Case number on your request form (**P2020-0519**).

| Number(s) Called | Date(s) | Number of calls |
|---|---|---|
| PIN# 20667168 | 7/21/20 to 9/23/20 | ATT- 871 / COMP- **235** |

Sgt. Dan Wilson #1414
Criminal Investigations Unit
425 7th Street
San Francisco, CA 94103
Fax    415.575.4476
Office  415.734.3111



# Inmate Housing History Report

San Francisco Sheriff
ORI Number: CA0380000

**Print Date/Time:** 12/02/2020 07:45
**Login ID:** wilson1414

**Inmate:** YORK, DARRIOUS ANTHONY    **Jacket Number:** 453434 A    **Booking Number:** 2020-00667168    **Booking Date:** 07/23/2020 07:19

| Facility | Block | Cell | Bed | Assignment Date | Assignment End Date | Supervision Level |
|---|---|---|---|---|---|---|
| COUNTY JAIL 1 | 1M RELEASE | 1MR | 1MR001 | 09/02/2020 08:02 | 09/02/2020 09:20 | |
| | Remarks: | | | | | |
| COUNTY JAIL 4 | 4M PENDING | 4MP | 4MP003 | 09/02/2020 06:01 | 09/02/2020 08:02 | |
| | Remarks: Moving mass list | | | | | |
| COUNTY JAIL 5 | 5M POD 8A | 5M8A | 5M8A16T | 08/28/2020 13:37 | 09/02/2020 06:01 | |
| | Remarks: Moving mass list | | | | | |
| COUNTY JAIL 5 | 5M PENDING | 5MP | 5MP02 | 08/28/2020 12:33 | 08/28/2020 13:37 | |
| | Remarks: Moving mass list | | | | | |
| COUNTY JAIL 4 | 4M PENDING | 4MP | 4MP001 | 08/28/2020 06:30 | 08/28/2020 12:33 | |
| | Remarks: Moving mass list | | | | | |
| COUNTY JAIL 5 | 5M POD 8A | 5M8A | 5M8A16T | 08/24/2020 13:58 | 08/28/2020 06:30 | |
| COUNTY JAIL 5 | 5M PENDING | 5MP | 5MP19 | 08/24/2020 13:24 | 08/24/2020 13:58 | |
| COUNTY JAIL 5 | 5M POD 5A | 5M5A | 5M5A14T | 08/18/2020 10:37 | 08/24/2020 13:24 | |
| COUNTY JAIL 5 | 5M PENDING | 5MP | 5MP03 | 08/18/2020 09:26 | 08/18/2020 10:37 | |
| | Remarks: Moving mass list | | | | | |
| COUNTY JAIL 4 | 4M BLOCK B7 | 4MB7 | 4MB7-01 | 08/07/2020 09:56 | 08/18/2020 09:26 | |
| COUNTY JAIL 2 | 2M POD E | 2MB LOWER | 2MEL43B | 07/30/2020 13:33 | 08/07/2020 09:56 | |
| COUNTY JAIL 2 | 2M POD F | 2MF LOWER | 2MFL27B | 07/25/2020 09:36 | 07/30/2020 13:33 | |
| COUNTY JAIL 2 | 2M POD F | 2MF LOWER | 2MFL28T | 07/23/2020 21:17 | 07/25/2020 09:36 | |

Page: 1 of 2



# Inmate Housing History Report

San Francisco Sheriff
**ORI Number:** CA0380000
**Supervision Level**

**Print Date/Time:** 12/02/2020 07:45
**Login ID:** wilson1414



| Facility | Block | Cell | Bed | Assignment Date | Assignment End Date | Supervision Level |
|---|---|---|---|---|---|---|
| COUNTY JAIL 1 | 1M PENDING | 1MP | 1MP005 | 07/23/2020 07:25 | 07/23/2020 21:17 | |

Total Transactions for YORK, DARRIOUS ANTHONY: 14