1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KEVIN RUBINO (CABN 255677)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7291
7       FAX: (415) 436-7234
        Kevin.Rubino@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           ) CASE NO. 20-CR-00479 EMC
                                       )
15         Plaintiff,                  ) MANUAL FILING OF EXHIBITS B, AND C,
                                       ) IN SUPPORT OF DECLARATION OF KEVIN
16     v.                              ) RUBINO, IN REFERENCE TO UNITED STATES'
                                       ) SENTENCING MEMORANDUM
17 DARRIOUS YORK,                      )
                                       )
18         Defendant.                  )

19

20

21

22

23

24

25

26

27

28

UNITED STATES' NOTICE OF MANUAL FILING
20-CR-00479 EMC

# MANUAL FILING NOTIFICATION

<u>Regarding Exhibits B and C to the Declaration of Kevin Rubino in Reference to United States Sentencing Memorandum</u>: This filing is a CD with two audio files that should be maintained in the case file in the Clerk's office. The audio files have been provided by electronic copy to the participants in this case. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (PDF file size larger than the e-filing system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (description):

DATED: July 21, 2021

                                                          Respectfully submitted,

                                                          STEPHANIE M. HINDS
                                                          Acting United States Attorney

                                                          */s/ Kevin Rubino*
                                                          KEVIN RUBINO
                                                          Assistant United States Attorney