UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** July 22, 2021          **Time:** 9:00 – 10:55          **Judge:** EDWARD M. CHEN
                                                     10:55 – 11:27=
                                                     2 Hours; 27 Minutes

**Case No.:** 20-cr-00479-EMC-1    **Case Name:** USA v. Darrious York

**Attorney for Government:** Kevin Rubino
**Attorney for Defendant:** Elisse Larouche
**Defendant:** [X] Present in person   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Ana Dub
**Interpreter:**                            **Probation Officer:** Katrina Chu

### PROCEEDINGS HELD IN PERSON

Evidentiary Hearing – Held;
Sentencing – Held.

### SUMMARY

Parties stated appearances.

### Evidentiary Hearing:

Motion to Quash Subpoena granted for reasons stated on the record.

Witnesses: Officer Stephen Coleman, Officer Christopher Leong, Darrious York
Admitted Exhibits: 110, 111, 112, 122, 124, 125, 127, 133
See Evidentiary Log for details.

### Ruling:

For the reasons stated on the record, after hearing testimony and considering the evidence, the
Court finds that Defendant possessed a loaded gun, but did not brandish it or threatened or
attempted to use it in the course of the pursuit by the police.

1

**<u>Sentencing:</u>**

Total Offense Level is adjusted to 21; Criminal History Category: VI; Guideline Provisions: 77-96 months.

Defendant addressed the Court.

Court reviewed Guidelines; affirmed the Guideline calculations, discussed the 3553(a) factors and granted downward variance for reasons as stated on the record.

Defendant is committed to the Bureau of Prisons for a term of 42 months followed by 3 years of supervised release. Special Assessment: $100; Fine waived. Court recommends Defendant be placed in a facility as close to Bay Area as possible. Court further recommends Defendant participate in RDAP program. See Judgment for special conditions and forfeiture.  Court advised Defendant of right to appeal.