UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20-cr-00479-EMC-1                    USA v. Darrious York

### EXHIBIT and WITNESS LIST

| JUDGE: | | GOVERNMENT ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| EDWARD M. CHEN | | Kevin Rubino | Elisse Larouche |
| | | **REPORTER:** | **CLERK:** |
| | | Ana Dub | Angella Meuleman |
| **EVIDENTIARY HEARING:** | | | |
| July 22, 2021 | | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Court in session.  Parties stated appearances.  Court granted Motion to Quash Subpoena (doc #88) for reasons stated on the record. | |
| | | 9:05 AM | | | Witness, **Officer Stephen Coleman**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Kevin Rubino. | |
| | | 9:13 AM | | | Cross-examination of witness by Elisse Larouche. | |
| | 125 | | X | X | Photo | |
| | 127 | | X | X | Photo | |
| | | 9:32 AM | | | Court examines witness. | |
| | | 9:38 AM | | | Witness excused.  No further re-direct or re-cross examinations. | |
| | | 9:40 AM | | | Witness, **Officer Christopher Leong**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Kevin Rubino. | |
| | | 9:46 AM | | | Cross-examination of witness by Elisse Larouche. | |
| | 110 | | X | X | Photo | |
| | 111 | | X | X | Photo | |
| | 112 | | X | X | Photo | |
| | | 10:03 AM | | | Court examines witness. | |
| | | 10:06 AM | | | Court in recess. | |
| | | 10:14 AM | | | Court reconvenes.  Witness, **Darrious York**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Elisse Larouche. | |

| | 133 | | X | X | Sample of writing from Darrious York. | |
|---|---|---|---|---|---|---|
| | 124 | | X | X | Photo | |
| | 122 | | X | X | Photo | |
| | | 10:27 AM | | | Cross-examination of witness by Kevin Rubino. | |
| | | | | | Objection. Relevance. Overruled. | |
| | | 10:37 AM | | | Court examines witness. | |
| | | 10:38 AM | | | Witness excused.  No further re-direct or re-cross examinations. | |
| | | 10:39 AM | | | Closing statement by Kevin Rubino. | |
| | | 10:43 AM | | | Closing statement by Elisse Larouche. | |
| | | 10:51 AM | | | For the reasons stated on the record, after hearing testimony and considering the evidence, the Court finds that Defendant possessed a loaded gun, but did not brandish it or threatened or attempted to use it in the course of the pursuit by the police. | |
| | | 10:55 AM | | | Evidentiary hearing concluded.  Sentencing hearing begins. | |