UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 23, 2025       **Time:**  10:35-10:45         **Judge:**  EDWARD M. CHEN
                                                    10 Minutes

**Case No.:** 20-cr-00479-EMC-1    **Case Name:**  United States v. York

**Attorney for Government:** David Ward
**Attorney for Defendant:** Taylor Fatherree
**Defendant:** [X] Present   [] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Vicky Ayala              **Court Reporter:** Kendra Steppler
**Interpreter:**                           **Probation Officer:** Robert Abalos

## PROCEEDINGS

Sentencing re SRV/PRBV (In-Person)

## SUMMARY

Parties stated appearances.

Defendant indicated he has reviewed the Pre-Sentence Report with his attorney.

Criminal History Category: V1    Grade of Violations: A    Guideline Range:  33-41 months.

Court accepted the joint recommendation of the parties,

The Court considered and discussed 3553 (a) factors and acknowledged these were serious offenses.  The Court discussed mitigating factors as well.

The Court varied downward which is warranted under 3553(a), discussed factors considered, as more thoroughly stated on the record.

The Court imposed the following sentence. Supervised release is hereby revoked, and defendant is sentenced to 15 months of imprisonment and 21 months of supervised release under the same terms and conditions previously imposed.